# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT SCHOENBERGER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 21-cv-4530 |
| | : | |
| **G.E. RICHARDS GRAPHIC SUPPLIES CO., INC.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this   31ST   day of August, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Andrea C. Farney, Esquire
Henry McGregor Sias, Esquire
Sharon Rose Lopez, Esquire
Jenna R. Mathias, Esquire